UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, COMMONWEALTH OF MASSACHUSSETS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, COMMONWEALTH OF VIRGINIA, WASHINGTON *ex rel.,* NICHOLASZIMNISKI, <br><br>Plaintiffs, <br><br>v. <br><br>CVS HEALTH CORPORATION, et al., <br><br>Defendants. | No. 2:19-cv-01118-DC-AC <br><br> <u>ORDER ON THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT AND PARTIAL DECLINATION IN THE QUI TAM COMPLAINT</u> <br><br>(Doc. No. 56) |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), the Court rules as follows:

1

1  IT IS ORDERED that relator's Complaint, the United States' Notice of Partial
2  Intervention for Settlement, and this Order, be unsealed;
3  IT IS FURTHER ORDERED that all previously-filed contents of the Court's file in this
4  action remain under seal and not be made public, or served upon defendants;
5  IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this
6  action after the date of this Order.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

_____
Dena Coggins
United States District Judge

2