IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, COMMONWEALTH OF MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, COMMONWEALTH OF VIRGINIA, WASHINGTON *ex rel.*, NICHOLAS ZIMNISKI,<br><br>      Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>      Defendants. | CASE NO.: 2:19-cv-1118 DC AC<br><br>**ORDER ON THE STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT, THE STATE OF CALIFORNIA'S NOTICE OF PARTIAL DECLINATION IN THE *QUI TAM* COMPLAINT, AND THE OTHER PLAINTIFF STATES' NOTICE OF DECLINATION IN THE *QUI TAM* COMPLAINT** |

The State of California having partially intervened and partially declined in this action and the other named Plaintiff States and the District of Columbia having declined in this action,

1

pursuant to their respective state False Claims Acts, the Court rules as follows:

IT IS ORDERED that relator's Complaint; the State of California's Notice of Partial Intervention for Settlement, the State of California's Notice of Partial Declination in the *Qui Tam* Complaint, and the Other Plaintiff States' Notice of Declination in the *Qui Tam* Complaint, filed on October 23, 2025; and this Order be unsealed;

IT IS FURTHER ORDERED that all other previously filed contents of the Court's file in this action remain under seal and not be made public, or served upon defendant;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated:     **November 14, 2025**

_____
Dena Coggins
United States District Judge

2

ORDER ON THE STATE OF CAL.'S NTC. OF PARTIAL INTERVENTION FOR SETTLEMENT, THE STATE OF CAL.'S NTC. OF PARTIAL DECL. IN THE *QUI TAM* COMPL, AND THE OTHER PL. STATES' DECL. IN THE *QUI TAM* COMPL.